IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LESLIE B. RIFE,<br><br>    Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates,<br><br>    Defendant.<br>_____<br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>3 SOLUTIONS, LLC,<br><br>    Third Party Defendant. | CV 18-43-BLG-SPW-TJC<br><br>**AMENDED SCHEDULING ORDER** |

The parties have filed an Unopposed Joint Motion to Vacate and Reset Pretrial Deadlines. (Doc. 30.) Good cause appearing, IT IS HEREBY ORDERED that motion is GRANTED. Accordingly, the Court's October 11, 2018 Scheduling Order is amended as follows:

Disclosure of Plaintiff's
Damages Expert and Simultaneous
Disclosure of Liability Experts:    **August 15, 2019**

1

| | |
|---|---|
| Disclosure of Defendant's Damages Experts: | **September 16, 2019** |
| Discovery Deadline (discovery must be served so that responses are due on or before this date): | **November 15, 2019** |
| Motions Deadline (except motions otherwise scheduled): | **January 17, 2020** |

All other requirements set forth in the Court's October 11, 2018 Scheduling Order remain in effect. (*See* Doc. 27.)

DATED this 18th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge