FILED
11/12/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LESLIE B. RIFE,<br><br>    Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates,<br><br>    Defendant.<br>_____<br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>3 SOLUTIONS, LLC,<br><br>    Third Party Defendant. | CV-18-43-BLG-SPW-TJC<br><br>**Order** |

  Third-Party Plaintiff Signal Peak Energy, LLC, and Third-Party Defendant 3 Solutions, LLC, have filed a stipulation to permit the withdrawal of 3 Solutions' motion for summary judgment (Doc. 43), 3 Solutions brief in support of its motion for summary judgment and in opposition to Signal Peak's motion for summary

1

judgment (Doc. 44), and its statement of undisputed facts and statement of disputed facts (Docs. 45 & 46). For good cause appearing,

**IT IS HERDBY ORDERED** that 3 Solutions' motion for summary judgment and its brief and pleadings in support thereof (Docs. 43-46) are WITHDRAWN. 3 Solutions may file a response to Signal Peak's motion for summary judgment (Doc. 40) as provided by L.R. 7.1(d)(1)(B). Since Signal Peak filed a supplement to its statement of undisputed facts on November 8, 2019 (Doc. 48), Signal Peak's motion for summary judgment will be deemed to have been filed on that date for purposes of scheduling 3 Solutions' response to the motion.

DATED this 12th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge