IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LESLIE B. RIFE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates,<br><br>　　　　　　Defendant.<br><br>_____<br><br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates,<br><br>　　　　　　Third Party Plaintiff,<br><br>vs.<br><br>3 SOLUTIONS, LLC,<br><br>　　　　　　Third Party Defendant | CV 18-43-BLG-SPW-TJC<br><br>**ORDER DENYING UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** |

　　　Before the Court is the parties' joint motion to extend pretrial deadlines. (Doc. 53.) A telephonic status conference was held January 7, 2020, on the matter, during which the parties explained a scheduling error occurred for the second of two planned mediations and resulted in a six-week delay. The mediation is currently set for January 24, 2020. The parties' concern was that the delay would

make it difficult to comply with the expert disclosure deadlines currently set in the Amended Scheduling Order. (*See* Doc. 39 at 2.) The Court noted, however, that no current deadlines have expired, and the original scheduling Order, which still governs all other pretrial requirements, permits the parties to stipulate to the extension of any deadlines preceding the motions deadline. (Doc. 27 at 2-3.)

Accordingly, the parties' joint motion to extend pretrial deadlines (Doc. 53) is DENIED without prejudice. If necessary, the parties may renew the motion after the January 24, 2020, mediation, when the need for any future proceedings and deadline adjustments are clarified.

**IT IS ORDERED.**

DATED this 7th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge