
FILED
FEB 19 2020
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| LESLIE B. RIFE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SIGNAL PEAK ENERGY, LLC, its owners and affiliates, and JOHN DOE Corporations A-Z,<br><br>　　　　Defendants. | CV 18-43-BLG-SPW<br><br>ORDER |

Upon the Stipulated Motion to Dismiss with Prejudice (Doc. 63), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions are **DENIED** as moot.

DATED this 19th day of February, 2020.

_Susan P. Watters_
Susan P. Watters
U. S. DISTRICT JUDGE

1